IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**GARRICK RASHAD HENDERSON**                                      **PLAINTIFF**
**ADC #552934**

v.                  **CASE NO. 5:18-CV-00249 BSM**

**JOSEPH GORMAN, et al.**                                             **DEFENDANTS**

## ORDER

The recommended disposition [Doc. No. 7] filed by United States Magistrate Judge Jerome T. Kearney has been received. No objections have been filed. After careful review of the record, the proposed findings and recommended disposition are hereby adopted in their entirety. Accordingly, plaintiff Garrick Rashad Henderson's complaint is dismissed without prejudice for failure to state a claim upon which relief may be granted.

Dismissal of this action constitutes a "strike" under 28 U.S.C. section 1915(g). Pursuant to 28 U.S.C. section 1915(a)(3), it is certified that an *in forma pauperis* appeal from this order would not be taken in good faith.

IT IS SO ORDERED this 26th day of November 2018.

                                                     _____
                                                     UNITED STATES DISTRICT JUDGE